IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Quintana, Rosa | Case Number: 07 B 08520 |
|---|---|---|
| | Quintana, Donald | Judge: Squires, John H |
| | Printed: 4/15/08 | Filed: 5/9/07 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:     Ch 7 Conversion: February 4, 2008
Confirmed: August 22, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 71,548.04 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 35,486.95 |
| Priority: |  | 262.15 |
| Administrative: |  | 3,023.00 |
| Trustee Fee: |  | 2,213.22 |
| Other Funds: |  | 30,562.72 |
| Totals: | 71,548.04 | 71,548.04 |

## DISBURSEMENT DETAIL

| # | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Bennie W Fernandez | Administrative | 3,023.00 | 3,023.00 |
| 2. | Option One Mortgage Corp | Secured | 0.00 | 0.00 |
| 3. | Option One Mortgage Corp | Secured | 0.00 | 0.00 |
| 4. | Chase Manhattan Bank USA | Priority | 4,958.45 | 0.00 |
| 5. | Internal Revenue Service | Priority | 262.15 | 262.15 |
| 6. | MRSI | Unsecured | 9,245.43 | 6,963.42 |
| 7. | JP Morgan Chase Bank | Unsecured | 2,666.55 | 2,008.38 |
| 8. | Jefferson Capital | Unsecured | 5,489.07 | 4,134.22 |
| 9. | Tri Cap Investment Partners | Unsecured | 1,000.05 | 753.21 |
| 10. | Discover Financial Services | Unsecured | 3,325.10 | 2,504.38 |
| 11. | Internal Revenue Service | Unsecured | 9,808.76 | 7,387.67 |
| 12. | RoundUp Funding LLC | Unsecured | 655.80 | 493.93 |
| 13. | Resurgent Capital Services | Unsecured | 1,518.31 | 1,143.55 |
| 14. | Peoples Energy Corp | Unsecured | 377.44 | 284.28 |
| 15. | GE Money Bank | Unsecured | 4,754.61 | 3,558.68 |
| 16. | Resurgent Capital Services | Unsecured | 5,852.24 | 4,407.76 |
| 17. | Target National Bank | Unsecured | 1,396.74 | 1,051.99 |
| 18. | Resurgent Capital Services | Unsecured | 1,056.17 | 795.48 |
| 19. | AmSher Collection Services | Unsecured |  | No Claim Filed |
| 20. | Medical Collections | Unsecured |  | No Claim Filed |
| 21. | Northwest Collectors | Unsecured |  | No Claim Filed |
| 22. | Pentagroup Financial, LLC | Unsecured |  | No Claim Filed |
| 23. | Bally Total Fitness | Unsecured |  | No Claim Filed |
| 24. | Thd/Cbsd | Unsecured |  | No Claim Filed |
| 25. | Sherman Acquisition | Unsecured |  | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Quintana, Rosa | Case Number: 07 B 08520 |
|---|---|---|
| | Quintana, Donald | Judge: Squires, John H |
| | Printed: 4/15/08 | Filed: 5/9/07 |

| 26. | Wells Fargo Bank | Unsecured | | No Claim Filed |
|---|---|---|---|---|
| 27. | Tex Collect/Colection Agency | Unsecured | | No Claim Filed |

$ 55,389.87    $ 38,772.10

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 2,213.22 |

$ 2,213.22

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_[signature]_